An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY JAMES BENNETT,
Appellant,
vs.
WARDENS JACK PALMER; AND LISA WALSH,
Respondents.

No. 62185

**FILED**

JUN 1 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _Anderson_
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Appellant's motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. James E. Wilson, District Judge
     Gregory James Bennett
     Attorney General/Carson City
     Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17008